

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of M.S., N.S.,           * From the 259th District Court
C.S., and K.S., children,               of Jones County
                                      Trial Court No. 024152

No. 11-19-00132-CV                  * October 4, 2019

                                  * Memorandum Opinion by Stretcher, J.
                                   (Panel consists of: Bailey, C.J.,
                                   Stretcher, J., and Wright, S.C.J., sitting
                                   by assignment)
                                   (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.